UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN COWAN, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-06128-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Saundra B. Armstrong for consideration of whether the case is related to *Cowan v. Lopez,* 16-cv-05864-SBA.

**IT IS SO ORDERED.**

Dated: October 31, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge